IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM HEINRICH**                                                                                      **PETITIONER**
Reg. #35113-086

v.                                    **CASE NO.: 2:06CV00232 BD**

**LINDA SANDERS**                                                                                         **RESPONDENT**
Warden, FCC,
Forrest City, Arkansas

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 16th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE